**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.  16-30960 |
| TIMTHY MICHAEL FRAIN | ) | S.S.# xxx-xx-4105 |
| | ) | |
| Debtor. | ) | Chapter 7 Bankruptcy |

## AGREED ORDER FOR RELIEF OF STAY

Comes now Rebecca Hoyt Fischer, the Chapter 7 Trustee in this action ("Trustee"), and Lakeview Loan Servicing, LLC, ("Lakeview"), by counsel, and hereby agree to the entry of an Agreed Order for Relief of Stay and hereby move the Court to approve without further notice or opportunity for hearing by creditors and parties in interest. The Court now finds as follows:

1. On April 28, 2016, Timthy Michael Frain ("Debtor") filed a Bankruptcy Petition under Chapter 7 of the United States Bankruptcy Code.

2. On April 30, 2014, Debtor executed and delivered to Lakeview a promissory note in the original principal amount of $155,138.00 (the "Note").

3. On April 30, 2014, in order to secure payment of the Note and other obligations contained in the Note, Debtor executed and delivered to Lakeview a mortgage with respect to the real estate located at 92 Greenway Dr., Goshen, IN 46526-1533 (the "Real Estate").

4. The Trustee is attempting to sell the Real Estate as an asset of this bankruptcy estate.

5. On May 23,2016, Lakeview filed a Motion for Relief from Automatic Stay and Abandonment (Doc. 10).

6. On June 6, 2016, the Trustee filed an Objection to the Abandonment of the Real Estate (Doc. 14). The Trustee does not object to the lifting of the stay.

Accordingly, it is hereby ordered that:

1.  The automatic stay of 11 U.S.C. §362(a) of the Bankruptcy Code as it pertains to Lakeview, the Real Estate, and Debtor is hereby vacated and Lakeview may pursue relief against Timthy Michael Frain in a state court action, as if this bankruptcy case had not been commenced up to but not including a sheriff sale of the Real Estate;

2.  The 14 day stayed imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived for cause shown.

3.  The Real Estate shall remain property of the bankruptcy estate for six (6) months from the approval of this order. Following the expiration of the six (6) months, the property shall be automatically abandoned from the estate, unless within that six (6) months the Trustee has entered into a purchase agreement with respect to the Real Estate and Lakeview has agreed to such sale.

Dated: _____

_____
Judge, United States Bankruptcy Court

Approved as to form and content:

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer, Trustee for
The Bankruptcy Estate of Timthy Frain

/s/ Randy C. Eyster
Randy C. Eyster, Attorney for Lakeview
            Loan Servicing, LLC